# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-03249-KLM

Dan A. Russo,

    Plaintiff/Movant,

Premier Health Plans d/b/a National Health Brokers,

    Defendant.

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
# PURSUANT TO RULE 41(a)

Dan A. Russo ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 5, 2015

    Respectfully submitted,

    By  */s/ Jenny DeFrancisco*

    Jenny DeFrancisco, Esq.
    LEMBERG LAW, L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424
    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 5, 2015, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By *_/s/ Jenny DeFrancisco__*
                                                  Jenny DeFrancisco, Esq.